JENNIFER A. JACKSON (California Bar No. 192998)
M. ANGELA BUENAVENTURA (California Bar No. 264130)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:  (310) 576-2100
Facsimile:   (310) 576-2200
E-Mail:      jjackson@bryancave.com
             angela.buenaventura@bryancave.com

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA KYONG KANG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WESTLAND FINANCING, INC., dba AMERICAN CAPITAL FUNDING, a California Corporation, COUNTRYWIDE HOME LOANS, a New York corporation, WASHINGTON MUTUAL, FA; JP MORGAN CHASE, a New York corporation and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | **Case No. SACV09-00336 CJC (ANx)**<br><br>Assigned to Hon. Cormac J. Carney<br><br>**[PROPOSED]** ~~PROPOSED~~ **ORDER EXPUNGING LIS PENDENS** |

SM01DOCS754096.1

1     Having read Countrywide Home Loans, Inc.'s ("CHL") Request for Order

2 Expunging Lis Pendens, and having previously granted CHL's Motion to Dismiss

3 and Expunge Lis Pendens, and good cause appearing therefor,

4     IT IS HEREBY ORDERED THAT:

5     The notice of lis pendens recorded in the office of the county recorder of

6 Orange County as Document No. 2009000144603 is expunged so that neither

7 the notice, nor any information derived from it, shall constitute actual or

8 constructive notice of any of the matters contained, claimed, alleged or

9 contended therein, or of any of the matters relating to the action, or create a

10 duty of inquiry in any person.

12 Dated: October 13, 2009     _____

13     Honorable Cormac J. Carney

16 Respectfully submitted,

17 BRYAN CAVE LLP

19 By: /s/ M. Angela Buenaventura
20     M. Angela Buenaventura

21 Attorneys for Defendant
    COUNTRYWIDE HOME LOANS, INC.

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386