UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 09-00336-CJC(ANx) | Date | July 15, 2010 |
| Title | Sylvia Kyong Kang v. Westlend Financing, Inc., et al | | |

Present: The Honorable    CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION AND NOT COMPLYING WITH THE COURTS ORDER

    Plaintiffs filed this action on March 18, 2009. On July 1, 2010, this Court issued an Order to show cause why the case should not be dismissed for lack of prosecution. Plaintiff has failed to respond to the Court's Order to show cause.

    Therefore, the Court ORDERS that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

: 0

Initials of Preparer    mu